

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

MABRY J. LANDOR, III                     CAUSE NUMBER AP-76,328

VS.

THE STATE OF TEXAS

## ORDER

The above styled and numbered cause was before this Court on direct appeal from appellant's capital murder conviction and sentence of death in Cause No. 1194597 in the 209th District Court of Harris County.

State's Exhibit No. 337-A (A recording - jail phone call excerpts) is ordered returned to District Clerk of Harris County.

IT IS SO ORDERED THIS THE 10th DAY OF JANUARY 2017.


PER CURIAM


EN BANC

DO NOT PUBLISH